# United States Court of Appeals
## For the First Circuit

_____

No. 01-2353


PAUL GUNTER,

Petitioner, Appellee,

v.

MICHAEL T. MALONEY,

Respondent, Appellant.

_____


**ERRATA SHEET**

The opinion of this court, issued April 29, 2002, should be amended as follows:

page 5, line 14:     replace "and" with ". . ."

page 16, line 19:    add "1st Cir." before "1995"